IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-243-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WOODY LEE RICHMOND, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release [DE #17]. After careful consideration, the court finds insufficient grounds for termination of his supervised release term at this time.

Therefore, defendant's motion [DE #17] is DENIED.

This 17th day of January 2018.

MALCOLM J. HOWARD
Senior U.S. District Judge

At Greenville, N.C.
#26